IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WEB TELEPHONY LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Comcast Corporation, a Pennsylvania corporation; 8x8, Inc., a Delaware corporation; Microsoft Corporation, a Washington corporation; Avaya Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Qwest Corporation, a Delaware corporation; Qwest Communications Corporation, a Delaware corporation;<br><br>Defendants. | C.A. Number: 2:09-cv-116 (DF-CE)<br><br>**JURY DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Web Telephony, LLC ("Web Telephony") files this Unopposed Motion for Extension of Deadline and would respectfully show the Court as follows:

Pursuant to the Court's Discovery Order of August 05, 2010 (Dkt. 180), the current deadline for the parties to make a decision regarding expert depositions is currently November 21, 2010. Plaintiff Web Telephony requests an additional extension of time of sixty-one (61) days until January 21, 2011 for the parties to make a decision regarding expert depositions. Defendants are not opposed to this extension.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Web Telephony respectfully moves the Court to extend the deadline as set forth above.

Dated:  November 22, 2010 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw
　　　　　　　　　　　　　　　　　　　　State Bar No. 03783900
　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux
　　　　　　　　　　　　　　　　　　　　State Bar No. 05770585
　　　　　　　　　　　　　　　　　　　　D. Jeffrey Rambin
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791478
　　　　　　　　　　　　　　　　　　　　Capshaw DeRieux, L.L.P.
　　　　　　　　　　　　　　　　　　　　1127 Judson Road, Suite 220
　　　　　　　　　　　　　　　　　　　　Longview, Texas 75601
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 236-9800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 236-8787
　　　　　　　　　　　　　　　　　　　　E-mail:  ccapshaw@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　E-mail:  ederieux@capshawlaw.com
　　　　　　　　　　　　　　　　　　　　E-mail:  jrambin@capshawlaw.com

　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　Robert M Parker
　　　　　　　　　　　　　　　　　　　　State Bar No. 15498000
　　　　　　　　　　　　　　　　　　　　Parker, Bunt & Ainsworth, P.C.
　　　　　　　　　　　　　　　　　　　　100 East Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 531-3535
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 533-9687
　　　　　　　　　　　　　　　　　　　　E-mail:  rcbunt@pbatyler.com
　　　　　　　　　　　　　　　　　　　　E-mail:  rmparker@pbatyler.com

　　　　　　　　　　　　　　　　　　　　Gregory S. Dovel
　　　　　　　　　　　　　　　　　　　　State Bar No. 135387
　　　　　　　　　　　　　　　　　　　　Sean A. Luner
　　　　　　　　　　　　　　　　　　　　State Bar No. 165443
　　　　　　　　　　　　　　　　　　　　Dovel & Luner, LLP
　　　　　　　　　　　　　　　　　　　　201 Santa Monica Blvd., Suite 600
　　　　　　　　　　　　　　　　　　　　Santa Monica, CA 90401
　　　　　　　　　　　　　　　　　　　　Telephone: (310) 656-7066
　　　　　　　　　　　　　　　　　　　　Facsimile:  (310) 657-7069
　　　　　　　　　　　　　　　　　　　　E-mail:  greg@dovellaw.com
　　　　　　　　　　　　　　　　　　　　E-mail:  sean@dovellaw.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF,**
　　　　　　　　　　　　　　　　　　　　**WEB TELEPHONY LLC.**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of November, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux