# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WEB TELEPHONY LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> Comcast Corporation, a Pennsylvania corporation; 8x8, Inc., a Delaware corporation; Microsoft Corporation, a Washington corporation; Avaya Inc., a Delaware corporation; Embarq Communications, Inc., a Delaware corporation; Qwest Corporation, a Delaware corporation; Qwest Communications Corporation, a Delaware corporation; <br><br> Defendants. | C.A. Number:  2:09-cv-116 (DF-CE) <br><br> **JURY DEMANDED** |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE

Came on for consideration Plaintiff's Unopposed Motion for Extension of Deadline, and the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Unopposed Motion for Extension of Deadline is GRANTED and the deadline for the parties to make a decision regarding expert depositions is extended up to and including January 21, 2011.

SIGNED this 24th day of November, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE