NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE COMCAST CORPORATION,
*Petitioner.*

Miscellaneous Docket No. 963

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0116, Magistrate Judge Charles Everingham, IV.

**ON PETITION FOR WRIT OF MANDAMUS**

ORDER

Comcast Corporation moves without opposition for a five-day extension of time, until November 29, 2010, to file a reply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE COMCAST 2

FOR THE COURT

NOV 2 4 2010  
Date

/s/ Jan Horbaly  
Jan Horbaly  
Clerk

cc: David J. Silbert, Esq.
    Sean A. Luner, Esq.
    Clerk, United States District Court For The Eastern District Of Texas

s19

FILED  
U.S. COURT OF APPEALS FOR  
THE FEDERAL CIRCUIT

NOV 2 4 2010

JAN HORBALY  
CLERK